IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WALTER N. KOSCH, WALTER T. KOSCH, and THE SONNENSCHEIN GROUPE, a defacto limited liability company,<br><br>        Plaintiffs,<br>v.<br><br>FFIC/BEAM, INCORPORATED, a Philippine corporation, FFIC/BEAM, INC. NEW JERSEY, FFIC/BEAM WASHINGTON, THE BOARD OF DIRECTIORS OF FFIC/BEAM, INCORPORATED consisting of ROBERT FIELDS, Managing Director, REYNALDO SANTOS, PRIMROSE E. AUTAJAY, RELU E. AUTAJAU, SOLEDAD O. HERNAEZ, JOSEFA T. DORAN, VICENTE A. CALIJO, STELLA V. CALIBJO, JOHN NG, PAUL D. CHAFIOTTE, EDWARD J. VILLANUEVA, ROBERT FIELDS, an individual, KARL NEUBACHER an individual, TIMOTHY SLIFKIN, an individual, ALLIED MORTGAGE GROUP, a corporation, METROPOLITAN FINANCIAL SERVICES, INC., a corporation and AARON RANSOM, an individual,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.<br><br>**08 C 750**<br><br>**JUDGE MANNING**<br>**MAGISTRATE JUDGE MASON**<br><br>**FILED**<br>**FEBRUARY 4, 2008**<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br>(State Court No. 07 L 14112) |

**DEFENDANT ALLIED MORTGAGE GROUP, INC.'S**
**FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant Allied Mortgage Group, Inc., by its attorneys, submits this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, and states as follows:

1. Any parent corporation of Allied Mortgage Group, Inc.:

   None.

2. Any publicly held entity that owns more than 5 percent of Allied Mortgage Group, Inc.'s stock:

   None.

                                                                   ALLIED MORTGAGE GROUP, INC.

                                              By: /s Jeffrey D. Pilgrim_____
                                                    One of its Attorneys

Michael R. Turoff
Jeffrey D. Pilgrim
Arnstein & Lehr LLP
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100


8015283_1

**CERTIFICATE OF SERVICE**

     Jeffrey D. Pilgrim, an attorney, certifies that he served the foregoing **Defendant Allied Mortgage Group, Inc.'S Fed. R. Civ. P. 7.1 and Local Rule 3.2 Disclosure Statement** on the parties listed below at the respective address via the U.S. Mail on February 4, 2008:

Michael Lee Tinaglia
Law Offices of Michael Lee Tinaglia, Ltd.
9700 West Higgins Road, Suite 1015
Rosemont, Illinois 60018


                                                s/ Jeffrey D. Pilgrim