**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Kosch, et al.,<br>      Plaintiffs,<br>  v.<br>FFIC/Beam, Incorporated, et al.,<br>      Defendants. | Case Number: 08 C 750<br><br>The Honorable Blanche Manning |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TIMOTHY SLIFKIN and KARL NEUBACHER

| |
|---|
| NAME (Type or print)<br>  C. Barry Montgomery |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  s/ *C. Barry Montgomery* |
| FIRM<br>  Williams Montgomery & John Ltd. |
| STREET ADDRESS<br>  20 North Wacker Drive, Suite 2100 |
| CITY/STATE/ZIP<br>  Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>9145351 | TELEPHONE NUMBER<br>(312) 443-3242 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ]