UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WALTER N. KOSCH, et al. , | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | NO. 08 C 750 |
| | ) | |
| FFIC/BEAM INCORPORATED, a | ) | |
| Philippine corporation, et al, | ) | Honorable Blanche Manning |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:  Michael Lee Tinaglia           Michael R. Turoff
     Law Offices of Michael Lee Tinaglia, Ltd.   Arnstein & Lehr LLP
     9700 W. Higgins Road – Suite 1015           120 S. Riverside Plaza, Suite 1200
     Rosemont, Illinois 60018                    Chicago, Illinois 60606

PLEASE TAKE NOTICE that on February 8, 2008, the undersigned electronically filed with the Clerk of the United States District Court of Illinois, Eastern Division, the *APPEARANCE OF C. BARRY MONTGOMERY,* a copy of which is attached and hereby served upon you.

TIMOTHY SLIFKIN and KARL NEUBACHER

By:  */s/ C. Barry Montgomery*
     One of Their Attorneys

C. Barry Montgomery (ARDC #9145351)
Theodore J. Low (ARDC #1696491)
Williams Montgomery & John Ltd.
2100 Civic Opera Building
20 North Wacker Drive
Chicago, IL  60606
(312) 443-3200

**CERTIFICATE OF SERVICE**

I, Carolyn A. Meyn, a non-attorney, under penalty of perjury under the laws of the United States of America hereby certify that on February 8, 2008 I electronically filed this *NOTICE OF FILING AND APPEARANCE OF C. BARRY MONTGOMERY,* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Michael Lee Tinaglia | Michael R. Turoff |
| Law Offices of Michael Lee Tinaglia, Ltd. | Arnstein & Lehr LLP |
| 9700 W. Higgins Road – Suite 1015 | 120 S. Riverside Plaza, Suite 1200 |
| Rosemont, Illinois 60018 | Chicago, Illinois 60606 |

*/s/ Carolyn A. Meyn*
Carolyn A. Meyn

Document #: 765614