UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER N. KOSCH, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>FFIC/BEAM INCORPORATED, a )<br>Philippine corporation, et al, )<br>)<br>Defendants. ) | NO. 08 C 750<br><br>Honorable Blanche Manning |

### NOTICE OF CONSENT TO REMOVAL

Now come Defendants Timothy Slifkin and Karl Neubacher, by their undersigned attorneys, and hereby provide notice that they consent to the removal of this action from the Circuit Court of Cook County, Illinois.

Respectfully submitted,

TIMOTHY SLIFKIN and KARL NEUBACHER

By: /s/ *Theodore J. Low*
One of Their Attorneys

C. Barry Montgomery (ARDC #9145351)
Theodore J. Low (ARDC #1696491)
Williams Montgomery & John Ltd.
2100 Civic Opera Building
20 North Wacker Drive
Chicago, IL 60606
(312) 443-3200

Document #: 765628