**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WALTER N. KOSCH, WALTER T. KOSCH, and THE SONNENSCHEIN GROUPE, a defacto limited liability company, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| FFIC/BEAM, INCORPORATED, a Philippine corporation, FFIC/BEAM, INC. NEW JERSEY, FFIC/BEAM WASHINGTON, THE BOARD OF DIRECTIORS OF FFIC/BEAM, INCORPORATED consisting of ROBERT FIELDS, Managing Director, REYNALDO SANTOS, PRIMROSE E. AUTAJAY, RELU E. AUTAJAU, SOLEDAD O. HERNAEZ, JOSEFA T. DORAN, VICENTE A. CALIJO, STELLA V. CALIBJO, JOHN NG, PAUL D. CHAFIOTTE, EDWARD J. VILLANUEVA, ROBERT FIELDS, an individual, KARL NEUBACHERan individual, TIMOTHY SLIFKIN, an individual, ALLIED MORTGAGE GROUP, a corporation, METROPOLITAN FINANCIAL SERVICES, INC., a corporation and AARON RANSOM, an individual, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 08 cv 0750 Judge Manning Magistrate Judge Mason |
| Defendants. | ) | |

**DEFENDANT ALLIED MORTGAGE GROUP, INC.'S AGREED MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, Allied Mortgage Group, Inc. ("Allied"), by its attorneys, and without objection

from Plaintiffs, requests this Court to extend the time in which Allied has to answer or otherwise

plead to Plaintiffs' Complaint, to and including March 12, 2008. In support of this Motion, Allied

states as follows:

1.     On December 19, 2007, Plaintiffs filed a Complaint against Allied and the other

defendants in the above-captioned action in the Circuit Court of Cook County, Illinois, alleging

claims for breach of contract (Count I), fraudulent misrepresentation (Count II), constructive

fraud (Count III), tortious interference with prospective economic advantage (Count IV), civil

conspiracy (Count V), and violation of the Racketeering Influence Corrupt Organization Act (Count VI ).

2.    On January 3, 2008, Allied was served with a summons and a copy of the Complaint.

3.    On February 4, 2008, Allied timely filed a Notice of Removal of this action to this Court.  As of the date of removal, no other defendant had been served.

4.    Pursuant to Federal Rule of Civil Procedure 81(c), Allied's answer or other responsive pleading to the Complaint is due to be filed on or before February 11, 2008.

5.    Allied's counsel was only recently retained to represent Allied in this action and, therefore, has not had sufficient time to investigate the allegations and legal claims contained in Plaintiffs' Complaint.  Accordingly, Allied seeks additional time to file an answer or otherwise plead to Plaintiffs' Complaint, to and including March 12, 2008.

6.    Allied's counsel has contacted counsel for Plaintiffs, and Plaintiffs have no objection to Allied's requested extension.

7.    Allied is filing this Motion in good faith and not for the purpose of delay.

WHEREFORE, Defendant Allied Mortgage Group, Inc., without objection from Plaintiffs, requests this Court to extend the time in which it has to answer or otherwise plead to Plaintiffs' Complaint, to and including March 12, 2008.

                                    ALLIED MORTGAGE GROUP, INC.

                                    By:  /s Jeffrey D. Pilgrim_____
                                         One of its Attorneys

Michael R. Turoff
Jeffrey D. Pilgrim
Arnstein & Lehr LLP
120 South Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100

## **CERTIFICATE OF SERVICE**

Jeffrey D. Pilgrim, an attorney, certifies that on February 8, 2008, he electronically filed the foregoing **Defendant Allied Mortgage Group, Inc.'s Agreed Motion f**or Extension of Time to Answer or Otherwise Plead with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Michael Lee Tinaglia, mltinaglia@tinaglialaw.com

Theodore John Low, tjl@willmot.com

C. Barry Montgomery, cbm@willmont.com

/s Jeffrey D. Pilgrim