IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER N. KOSCH, WALTER T. KOSCH, and THE SONNENSCHEIN GROUPE, a defacto limited liability company,<br><br>        Plaintiffs,<br>  v.<br><br>FFIC/BEAM, INCORPORATED, a Philippine corporation, FFIC/BEAM, INC. NEW JERSEY, FFIC/BEAM WASHINGTON, THE BOARD OF DIRECTORS OF FFIC/BEAM, INCORPORATED consisting of ROBERT FIELDS, Managing Director, REYNALDO SANTOS, PRIMROSE E. AUTAJAY, RELU E. AUTAJAU, SOLEDAD O. HERNAEZ, JOSEFA T. DORAN, VICENTE A. CALIJO, STELLA V. CALIBJO, JOHN NG, PAUL D. CHAFIOTTE, EDWARD J. VILLANUEVA, ROBERT FIELDS, an individual, KARL NEUBACHERan individual, TIMOTHY SLIFKIN, an individual, ALLIED MORTGAGE GROUP, a corporation, METROPOLITAN FINANCIAL SERVICES, INC., a corporation and AARON RANSOM, an individual,<br><br>        Defendants. | Case No. 08 cv 0750<br><br>Judge Manning<br><br>Magistrate Judge Mason |

## NOTICE OF AGREED MOTION

To:    Michael Lee Tinaglia
        Law Offices of Michael Lee Tinaglia, Ltd.
        9700 West Higgins Road, Suite 1015
        Rosemont, Illinois 60018

      **PLEASE TAKE NOTICE** that on **February 14, 2008, at 11:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning, or any judge sitting in her stead, in the courtroom usually occupied by her in Courtroom 2125, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Defendant Allied Mortgage Group, Inc.'s Agreed Motion f**or Extension of Time to Answer or Otherwise Plead, a copy of which is attached and hereby served upon you.

                                                  ALLIED MORTGAGE GROUP, INC.

                                  By:  /s Jeffrey D. Pilgrim
                                          One of its Attorneys

Michael R. Turoff
Jeffrey D. Pilgrim
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, IL 60606
(312) 876-7100

**CERTIFICATE OF SERVICE**

  Jeffrey D. Pilgrim, an attorney, certifies that on February 8, 2008, he electronically filed the foregoing **Notice of Agreed Motion** with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

  Michael Lee Tinaglia, mltinaglia@tinaglialaw.com

  Theodore John Low, tjl@willmot.com

  C. Barry Montgomery, cbm@willmont.com

             /s Jeffrey D. Pilgrim