IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER N. KOSCH, et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | )  No.   08 C 750<br>) |
| FFIC/BEAM, INCORPORATED, a Philippine corporation, et al., | )  The Honorable<br>)     Blanche M. Manning<br>) |
| Defendants. | )<br>) |

### NOTICE OF MOTION

TO:   Michael Lee Tinaglia                    Michael R. Turoff
      Law Offices of Michael Lee Tinaglia, Ltd.    Arnstein & Lehr LLP
      9700 W. Higgins Road – Suite 1015       120 S. Riverside Plaza, Suite 1200
      Rosemont, Illinois 60018                Chicago, Illinois 60606

PLEASE TAKE NOTICE that on Tuesday, March 11, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning, in Courtroom 2125 at 219 South Dearborn, Chicago, Illinois 60604, and then and there present the attached *MOTION TO DISMISS OF DEFENDANT TIMOTHY SLIFKIN*.

Dated:  March 6, 2008                TIMOTHY SLIFKIN

                                     By:  */s/ Theodore J. Low*
                                          One of his Attorneys

C. Barry Montgomery (ARDC #9145351)
Theodore J. Low (ARDC #1696491)
Williams, Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3264

Document #: 767649

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2008, I electronically filed a ***MOTION TO DISMISS OF DEFENDANT TIMOTHY SLIFKIN*** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| Michael Lee Tinaglia<br>Law Offices of Michael Lee Tinaglia, Ltd.<br>9700 W. Higgins Road – Suite 1015<br>Rosemont, Illinois 60018 | Michael R. Turoff<br>Arnstein & Lehr LLP<br>120 S. Riverside Plaza, Suite 1200<br>Chicago, Illinois 60606 |
|---|---|

Copies of these documents have also been served via United States First Class Mail with postage prepaid from 20 North Wacker Drive, Chicago, Illinois on the 6TH day of March, 2008.

*/s/ Theodore J. Low*
Theodore J. Low