**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number: 08-c-00750 |

Walter N. Kosch, Walter T. Kosch, The Sonnenschein Groupe a defacto limited liability company
v
FFIC/BEAM, Inc. a Philippine corporpation, FFIC/BEAM, Inc. New Jersey, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs

---

| NAME (Type or print) |
|---|
| Michael Lee Tinaglia |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Michael Lee Tinaglia |

| FIRM |
|---|
| Law Office of Michael Lee Tinaglia, Ltd. |

| STREET ADDRESS |
|---|
| 9700 W. Higgins Road, Suite 1015 |

| CITY/STATE/ZIP |
|---|
| Rosemont, Illinois 60018 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2835886 | 847-692-0421 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐