IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| WALTER N. KOSCH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.   08 C 750 |
| | ) | |
| FFIC/BEAM, INCORPORATED, a Philippine corporation, et al., | ) | The Honorable Blanche M. Manning |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:    Michael Lee Tinaglia                     Michael R. Turoff
       Law Offices of Michael Lee Tinaglia, Ltd.   Arnstein & Lehr LLP
       9700 W. Higgins Road – Suite 1015        120 S. Riverside Plaza, Suite 1200
       Rosemont, Illinois 60018                 Chicago, Illinois 60606

       Kenneth J Hardin
       Hardin & Associates PC
       30150 Telegraph Road
       Suite 345
       Bingham Farms MI 48025

PLEASE TAKE NOTICE that on Tuesday, March 18, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Blanche M. Manning, in Courtroom 2125 at 219 South Dearborn, Chicago, Illinois 60604, and then and there present

the attached *MOTION OF DEFENDANT KARL NEUBACHER TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED.*

Dated:  March 13, 2008                          KARL NEUBACHER

                                                   By: */s/ Theodore J. Low*
                                                         One of his Attorneys

C. Barry Montgomery (ARDC #9145351)
Theodore J. Low (ARDC #1696491)
Williams, Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3264

Document #: 767649

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, I electronically filed the ***MOTION OF DEFENDANT KARL NEUBACHER TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED*** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Michael Lee Tinaglia
Law Offices of Michael Lee Tinaglia, Ltd.
9700 W. Higgins Road – Suite 1015
Rosemont, Illinois 60018

Michael R. Turoff
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606

and upon:

Michael Lee Tinaglia
Law Offices of Michael Lee Tinaglia, Ltd.
9700 W. Higgins Road – Suite 1015
Rosemont, Illinois 60018

Michael R. Turoff
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606

Kenneth J Hardin
Hardin & Associates PC
30150 Telegraph Road
Suite 345
Bingham Farms MI 48025

via United States First Class Mail with postage prepaid from 20 North Wacker Drive, Chicago, Illinois on the 13TH day of March, 2008.

*/s/ Theodore J. Low*
Theodore J. Low