UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER N. KOSCH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | NO. 08 C 750 |
| ) | |
| FFIC/BEAM INCORPORATED, a ) | |
| Philippine corporation, et al, ) | Honorable Blanche Manning |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

TO:  Michael Lee Tinaglia              Michael R. Turoff
     Law Offices of Michael Lee Tinaglia, Ltd.   Arnstein & Lehr LLP
     9700 W. Higgins Road – Suite 1015   120 S. Riverside Plaza, Suite 1200
     Rosemont, Illinois 60018            Chicago, Illinois 60606

     Kenneth J Hardin
     Hardin & Associates PC
     30150 Telegraph Road
     Suite 345
     Bingham Farms MI 48025

   PLEASE TAKE NOTICE that on March 13, 2008, the undersigned electronically filed with the Clerk of the United States District Court of Illinois, Eastern Division, a ***MEMORANDUM IN SUPPORT OF DEFENDANT KARL NEUBACHER'S MOTION TO DISMISS,*** a copy of which is attached and hereby served upon you.

                              KARL NEUBACHER

                        By:   ___*/s/ Theodore J. Low*___
                              One of Their Attorneys

C. Barry Montgomery (ARDC #9145351)
Theodore J. Low (ARDC #1696491)
Williams Montgomery & John Ltd.
2100 Civic Opera Building
20 North Wacker Drive
Chicago, IL  60606
(312) 443-3200

Document #: 768393

## CERTIFICATE OF SERVICE

I, Theodore J. Low, an attorney, under penalty of perjury under the laws of the United States of America hereby certify that on March 13, 2008 I electronically filed this *MEMORANDUM IN SUPPORT OF DEFENDANT KARL NEUBACHER'S MOTION TO DISMISS,* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Michael Lee Tinaglia
Law Offices of Michael Lee Tinaglia, Ltd.
9700 W. Higgins Road – Suite 1015
Rosemont, Illinois 60018

Michael R. Turoff
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606

and upon:

Michael Lee Tinaglia
Law Offices of Michael Lee Tinaglia, Ltd.
9700 W. Higgins Road – Suite 1015
Rosemont, Illinois 60018

Michael R. Turoff
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606

Kenneth J Hardin
Hardin & Associates PC
30150 Telegraph Road
Suite 345
Bingham Farms MI 48025

via United States First Class Mail with postage prepaid from 20 North Wacker Drive, Chicago, Illinois on the 13TH day of March, 2008.

/s/ *Theodore J. Low*
Theodore J. Low