# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of Illinois |
|---|---|
| Walter T. Kosch, et al | Attorney: |
| Plaintiff | Law Offices Of Michael Lee Tinaglia Ltd. |
|  | 9700 W. Higgins Rd. Suite 1015 |
| vs. | Rosemont, IL. 60018 |
| FFIC/BEAM Inc., a Philippine Corporation, et al | |
| Defendant | |

**Case Number:** 08 cv 00750

Legal documents received by Same Day Process Service on March 28th, 2008 at 3:30 PM to be served upon **FFIC Beam Washington, c/o Corporation Service Company - Registered Agent at 1090 Vermont Ave. NW, Washington, DC. 20005**

I, Terrance Williams, swear and affirm that on **March 31st, 2008 at 1:04 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons; Notice Of Filing Of Notice Of Removal To United States District Court; Notice Of Removal; Exhibits** to **Renee Rice** as Team Leader & Authorized Agent of FFIC Beam Washington, c/o Corporation Service Company - Registered Agent.

**Description of Person Accepting Service:**
Sex: Female   Age: 36   Height: 5'11   Weight: 185   Skin Color: Black   Hair Color: black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Terrance Williams**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000008534

District of Columbia: SS
Subscribed and Sworn to before me,
this 2nd day of April, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2013

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Walter T. Kosch, Walter N. Kosch, The
Sonnenschein Groupe

CASE NUMBER: 08 cv 00750

V.

ASSIGNED JUDGE: Judge Manning

FFIC/BEAM Inc., a Philippine Corporation, et al

DESIGNATED
MAGISTRATE JUDGE: Magistrate Judge Mason

TO: (Name and address of Defendant)

FFIC BEAM Washington,
C/O Corporation Service Company—Registered Agent
1090 Vermont Ave. N.W.
Washington D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF MICHAEL LEE TINAGLIA, LTD.
9700 W. HIGGINS ROAD, SUITE 1015
ROSEMONT, IL 60018

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK



March 27, 2008
Date