IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WALTER N. KOSCH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 08 C00750 |
| v. ) | |
| ) | |
| FFIC/BEAM, INCORPORATED, ) | Judge Manning |
| a Philippine corporation, et al., ) | |
| ) | Magistrate Judge Mason |
| Defendants. ) | |
| ) | |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on the 17th day of April, 2008, at 11:00 a.m., we shall appear before the Honorable Judge Blanche M. Manning in courtroom 2125 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, and then present Plaintiffs' Motion for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(2), a copy of which is being contemporaneously served upon you via CM/ECF, where applicable, and via U.S. Mail

                              By:   s/ Michael Lee Tinaglia/
                                   Michael Lee Tinaglia

Dated: April 11, 2008

Michael Lee Tinaglia
J. Molly Wretzky
Law Offices of Michael Lee Tinaglia, Ltd.
9700 W. Higgins Road - Suite 1015
Rosemont, Illinois 60018
(847) 692-0421 (847) 685-8440 Fax
ARDC No.2835886 Cook County No.22869
mltinaglia@tinaglialaw.com

**CERTIFICATE OF SERVICE**

The undersigned attorney, hereby certifies that a true and correct copy of this Notice of Motion and Plaintiffs' Motion for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(2), filed by the Plaintiffs, electronically with the Clerk of the District Court for the Northern District of Illinois, Eastern Division, a copy of which and this notice of Motion and certificate of service was served upon the undersigned through the District Court's electronic filing, and where applicable, through U.S. Mail, this 11th day of April, 2008:

| | |
|---|---|
| Michael R. Turoff | C. Barry Montgomery |
| Jeffrey D. Pilgrim | Theodore J. Low |
| Arnstein & Lehr, LLP | Williams, Montgomery & John, Ltd. |
| 120 S. Riverside Plaza | 20 N. Wacker Drive |
| Suite 1200 | Suite 2100 |
| Chicago, Illinois 60606 | Chicago, Illinois 60606 |

Kenneth J. Hardin
Hardin & Associates, P.C.
30150 Telegraph Road
Suite 345
Bingham Farms, MI 48025

                                                    /Michael Lee Tinaglia/
                                                    Michael Lee Tinaglia

Michael Lee Tinaglia
J. Molly Wretzky
Law Offices of Michael Lee Tinaglia, Ltd.
9700 W. Higgins Road - Suite 1015
Rosemont, Illinois 60018
(847) 692-0421 (847) 685-8440 Fax
ARDC No.2835886 Cook County No.22869
mltinaglia@tinaglialaw.com