## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 750 | **DATE** | 4/17/2008 |
| **CASE TITLE** | Kosch, et al. Vs. FFIC/BEAM, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiffs' motion to dismiss action without prejudice and without costs [32] is granted as to all named defendants with the exception of Karl Neubacher and Timothy Slifkin. The briefing schedules on motions to dismiss to stand as to these remaining named defendants.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | rs |
|---|---|---|