## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Walter N. Kosch, et al.
                          Plaintiff,

v.                                         Case No.: 1:08–cv–00750
                                                  Honorable Blanche M. Manning

Karl Neubacher, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: Minute entry of 4/17/2008 is amended to include the following briefing schedule on defendants' motions to dismiss[23][17]. Responses to be filed by 5/1/2008. Replies to be filed by 5/14/2008. Ruling by mail.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.