IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WALTER N. KOSCH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 08 C00750 |
| v. | ) | |
| | ) | |
| FFIC/BEAM, INCORPORATED, | ) | Judge Manning |
| a Philippine corporation, et al., | ) | |
| | ) | Magistrate Judge Mason |
| Defendants. | ) | |
| | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To:  Michael R. Turoff            C. Barry Montgomery
     Jeffrey D. Pilgrim           Theodore J. Low
     Arnstein & Lehr, LLP         Williams, Montgomery & John, Ltd.
     120 S. Riverside Plaza       20 N. Wacker Drive
     Suite 1200                   Suite 2100
     Chicago, Illinois 60606      Chicago, Illinois 60606

     Kenneth J. Hardin
     Hardin & Associates, P.C.
     30150 Telegraph Road
     Suite 345
     Bingham Farms, MI 48025

PLEASE TAKE NOTICE that on MAY 1, 2008, PLAINTIFFS' RESPONSE TO THE MOTIONS TO DISMISS OF DEFENDANTS NEUBACHER AND SLIFKIN was filed electronically with the Clerk of the District Court for the Northern District of Illinois, Eastern Division.

                                        /Michael Lee Tinaglia/
                                        Michael Lee Tinaglia

Michael Lee Tinaglia
Law Offices of Michael Lee Tinaglia, Ltd.
9700 W. Higgins Road - Suite 1015
Rosemont, Illinois 60018
(847) 692-0421 (847) 685-8440 Fax
ARDC No.2835886 Cook County No.22869
mltinaglia@tinaglialaw.com

**CERTIFICATE OF SERVICE**

The undersigned attorney, hereby certifies that a true and correct copy of this Notice of Filing and Plaintiffs' Response to the Motions to Dismiss of Defendants' Neubacher and Slifkin Pursuant to Federal Rule of Civil Procedure 12(b)(6), filed by the Plaintiffs, electronically with the Clerk of the District Court for the Northern District of Illinois, Eastern Division, a copy of which and this notice of Motion and certificate of service was served upon the undersigned through the District Court's electronic filing, and where applicable, through U.S. Mail, this 1st day of May, 2008:

| | |
|---|---|
| Michael R. Turoff | C. Barry Montgomery |
| Jeffrey D. Pilgrim | Theodore J. Low |
| Arnstein & Lehr, LLP | Williams, Montgomery & John, Ltd. |
| 120 S. Riverside Plaza | 20 N. Wacker Drive |
| Suite 1200 | Suite 2100 |
| Chicago, Illinois 60606 | Chicago, Illinois 60606 |

Kenneth J. Hardin
Hardin & Associates, P.C.
30150 Telegraph Road
Suite 345
Bingham Farms, MI 48025

                                                                 s/Michael Lee Tinaglia/
                                                                 Michael Lee Tinaglia

Michael Lee Tinaglia
J. Molly Wretzky
Law Offices of Michael Lee Tinaglia, Ltd.
9700 W. Higgins Road - Suite 1015
Rosemont, Illinois 60018
(847) 692-0421 (847) 685-8440 Fax
ARDC No.2835886 Cook County No.22869