# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 750 | **DATE** | 5/1/2008 |
| **CASE TITLE** | Kosch, et al. Vs. FFIC/BEAM, Inc. | | |

**DOCKET ENTRY TEXT**

The minute entries of April 17, 2008 [34-1] and April 24, 2008 [35-1] are stricken and replaced by this entry. Plaintiffs' motion for voluntary dismissal without prejudice and without costs [32-1] is granted as to all defendants except Karl Neubacher and Timothy Slifkin. The motions to dismiss filed by Neubacher [23-1] and Slifkin [17-1] are stricken as moot. Neubacher and Slifkin shall file a joint response to the motion for voluntary dismissal by May 8, 2008. The plaintiffs shall file a reply by May 21, 2008. The ruling will be by mail.

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|