UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WALTER N. KOSCH, et al. , | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO. 08 C 750 |
| | ) | |
| FFIC/BEAM INCORPORATED, a | ) | |
| Philippine corporation, et al, | ) | Honorable Blanche Manning |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Michael Lee Tinaglia           Michael R. Turoff
      Jennifer Molly Wretzky          Jeffrey D. Pilgrim
      Law Offices of Michael Lee Tinaglia, Ltd.   Arnstein & Lehr LLP
      9700 W. Higgins Road – Suite 1015    120 S. Riverside Plaza, Suite 1200
      Rosemont, Illinois 60018         Chicago, Illinois 60606

      Kenneth J Hardin
      Hardin & Associates PC
      30150 Telegraph Road
      Suite 345
      Bingham Farms MI 48025

   PLEASE TAKE NOTICE that on March 13, 2008, the undersigned electronically filed with the Clerk of the United States District Court of Illinois, Eastern Division, a *JOINT RESPONSE OF DEFENDANTS KARL NEUBACHER AND TIMOTHY SLIFKIN TO PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL,* a copy of which is attached and hereby served upon you.

                              KARL NEUBACHER & TIMOTHY SLIFKIN


                        By:   */s/ Theodore J. Low*
                              One of Their Attorneys


C. Barry Montgomery (ARDC #9145351)
Theodore J. Low (ARDC #1696491)
Williams Montgomery & John Ltd.
2100 Civic Opera Building
20 North Wacker Drive
Chicago, IL  60606
(312) 443-3200

Document #: 773739

## CERTIFICATE OF SERVICE

I, Theodore J. Low, an attorney, under penalty of perjury under the laws of the United States of America hereby certify that on May 8, 2008 I electronically filed this ***JOINT RESPONSE OF DEFENDANTS KARL NEUBACHER AND TIMOTHY SLIFKIN TO PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL,*** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

Michael Lee Tinaglia
Jennifer Molly Wretzky
Law Offices of Michael Lee Tinaglia, Ltd.
9700 W. Higgins Road – Suite 1015
Rosemont, Illinois 60018

Michael R. Turoff
Jeffrey D. Pilgrim
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606

Kenneth J Hardin
Hardin & Associates PC
30150 Telegraph Road
Suite 345
Bingham Farms MI 48025

I also certify that this ***JOINT RESPONSE OF DEFENDANTS KARL NEUBACHER AND TIMOTHY SLIFKIN TO PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL,*** was sent to the above referenced individuals via United States First Class Mail with postage prepaid from 20 North Wacker Drive, Chicago, Illinois on the 8TH day of May, 2008.

                                                    */s/ Theodore J. Low*
                                                      Theodore J. Low