## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| WALTER N. KOSCH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 08 C00750 |
| v. ) | |
| ) | |
| FFIC/BEAM, INCORPORATED, ) | Judge Manning |
| a Philippine corporation, et al., ) | |
| ) | Magistrate Judge Mason |
| Defendants. ) | |
| ) | |

### NOTICE OF FILING

To:  Michael R. Turoff                C. Barry Montgomery
     Jeffrey D. Pilgrim               Theodore J. Low
     Arnstein & Lehr, LLP             Williams, Montgomery & John, Ltd.
     120 S. Riverside Plaza           20 N. Wacker Drive
     Suite 1200                       Suite 2100
     Chicago, Illinois 60606          Chicago, Illinois 60606

     Kenneth J. Hardin
     Hardin & Associates, P.C.
     30150 Telegraph Road
     Suite 345
     Bingham Farms, MI 48025

PLEASE TAKE NOTICE that on MAY 15, 2008, PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41 (a) 2 was filed electronically with the Clerk of the District Court for the Northern District of Illinois, Eastern Division.

                                        /Michael Lee Tinaglia/
                                        Michael Lee Tinaglia

Michael Lee Tinaglia
Law Offices of Michael Lee Tinaglia, Ltd.
9700 W. Higgins Road - Suite 1015
Rosemont, Illinois 60018
(847) 692-0421 (847) 685-8440 Fax
ARDC No.2835886 Cook County No.22869
mltinaglia@tinaglialaw.com

**CERTIFICATE OF SERVICE**

The undersigned attorney, hereby certifies that a true and correct copy of this Notice of Filing and PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41 (a) 2 filed by the Plaintiffs electronically with the Clerk of the District Court for the Northern District of Illinois, Eastern Division, a copy of which and this Notice of Filing and Certificate of Service was served upon the undersigned through the District Court's electronic filing this 15th day of May, 2008:

                                                s/Michael Lee Tinaglia/
                                                Michael Lee Tinaglia

Michael Lee Tinaglia
J. Molly Wretzky
Law Offices of Michael Lee Tinaglia, Ltd.
9700 W. Higgins Road - Suite 1015
Rosemont, Illinois 60018
(847) 692-0421 (847) 685-8440 Fax
ARDC No.2835886 Cook County No.22869